

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00587-CR

Gilbert M. **VILLARREAL**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 22-07-14468-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED August 6, 2025.

_____
Lori Massey Brissette, Justice